# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharonne N Ku-Ntima a/k/a Sharonne Gray | CHAPTER 13 |
| Debtor(s) | BKY. NO. 24-13904 PMM |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
21 Nov 2024, 16:46:33, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322