**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 24-13904** |
| **Sharonne N Ku-Ntima AKA Sharonne Gray** : | **Chapter 13** |
| : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/Stephen R. Franks
        Stephen R. Franks, Esquire (333394)
        Adam B. Hall (323867)
        MDK Legal
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Stephen R. Franks.
        Contact email is srfranks@mdklegal.com

24-026888_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 24-13904 |
| **Sharonne N Ku-Ntima AKA Sharonne Gray** | : Chapter 13 |
| | : Judge Patricia M. Mayer |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| | : Related Document # |
| | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

  Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

  KENNETH E. WEST, Chapter 13 Trustee, ecfemails@ph13trustee.com

  BRAD J. SADEK, Attorney for Sharonne N Ku-Ntima AKA Sharonne Gray and Sharonne N Gray, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

  Sharonne N Ku-Ntima AKA Sharonne Gray, 6451 N. 15th Street, Philadelphia, PA  19126

  Sharonne N Gray, 3819 N 16th St, Philadelphia, PA  19140

/s/Stephen R. Franks

24-026888_PS