United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13904-djb |
| Sharonne N Ku-Ntima | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 23, 2025 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14966877 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 01:41:52 | Resurgent Capital Services, As servicing agent for Best Egg, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Sharonne N Ku-Ntima brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| Stephen Franks | on behalf of Creditor Ameris Bank amps@manleydeas.com |
| Stephen Franks | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2          User: admin          Page 2 of 2
Date Rcvd: Apr 23, 2025          Form ID: trc          Total Noticed: 1
TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 24-13904-djb
Chapter 13

In re: Debtor(s) (including Name and Address)

Sharonne N Ku-Ntima
6451 N. 15th Street
Philadelphia PA 19126

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/22/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 16: Resurgent Capital Services, As servicing agent for Best Egg, PO Box 10587, Greenville, SC  29603-0587 | Resurgent Receivables LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/25/25

Tim McGrath
**CLERK OF THE COURT**