# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | |
| **Sharonne N Ku-Ntima AKA** : | **Case No.: 24-13904** |
| **Sharonne Gray** : | **Chapter 13** |
| : | **Judge Derek J. Baker** |
| **Debtor(s).** : | * * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **Ameris Bank** ("Creditor"). Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Stephen R. Franks  
Stephen R. Franks (0075345)  
MDK Legal  
P.O. Box 165028  
Columbus, OH  43216-5028  
614-220-5611; Fax 614-627-8181  
SRFranks@mdklegal.com  

/s/ Adam B. Hall  
Adam B. Hall (323867)  
MDK Legal  
P.O. Box 165028  
Columbus, OH  43216-5028  
614-220-5611; Fax: 614-627-8181  
ABHall@mdklegal.com  

24-025908_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 24-13904** |
| **Sharonne N Ku-Ntima AKA Sharonne Gray** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **Ameris Bank** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Dorothy Gray Roberts** | : | |
| **Sharonne N Ku-Ntima AKA Sharonne Gray** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

BRAD J. SADEK, Attorney for Sharonne N Ku-Ntima AKA Sharonne Gray, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Sharonne N Ku-Ntima AKA Sharonne Gray, 6451 N. 15th Street, Philadelphia, PA  19126

/s/ Adam B. Hall

24-025908_PS