United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-13904-djb
Sharonne N Ku-Ntima  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Oct 23, 2025      Form ID: 155      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharonne N Ku-Ntima, 6451 N. 15th Street, Philadelphia, PA 19126-3503 |
| 14941634 | + | Dorothy Gray Roberts, 5125 N. 9th Street, Philadelphia, PA 19141-4003 |
| 14948683 | + | PNC Bank, National Association, c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14961381 | | Email/PDF: bncnotices@becket-lee.com | Oct 24 2025 00:47:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14943604 | | Email/Text: amps@manleydeas.com | Oct 24 2025 00:35:00 | Ameris Bank, c/o Stephen R. Franks, Esquire, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14943479 | | Email/Text: amps@manleydeas.com | Oct 24 2025 00:35:00 | Ameris Bank, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14941629 | | Email/PDF: bncnotices@becket-lee.com | Oct 24 2025 00:34:35 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 14941630 | | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 24 2025 00:33:49 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 14941631 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 00:46:37 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14957115 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 24 2025 00:35:14 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14941632 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 24 2025 00:46:35 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 14965101 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2025 00:46:08 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14965748 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2025 00:47:09 | Citibank N.A., 6716 Grade Ln Blg 9 Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 14966678 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 24 2025 00:36:00 | Ameris Bank, Attention: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14941637 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2025 00:47:16 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14944910 | | Email/Text: mrdiscen@discover.com | Oct 24 2025 00:35:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14941633 | | Email/Text: mrdiscen@discover.com | Oct 24 2025 00:35:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14966267 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 24-13904-djb    Doc 61    Filed 10/25/25    Entered 10/26/25 00:38:21    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 155 | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| | | Oct 24 2025 00:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14949556 | Email/Text: amps@manleydeas.com | Oct 24 2025 00:35:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14950249 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 24 2025 00:47:16 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 901032, Ft. Worth TX 76101-2032 |
| 14949908 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 24 2025 00:47:09 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14949896 | Email/Text: amps@manleydeas.com | Oct 24 2025 00:35:00 | JPMorgan Chase Bank, N.A., c/o Stephen R. Franks, Esquire, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14966575 | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 24 2025 00:36:00 | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |
| 14941636 | + Email/Text: Documentfiling@lciinc.com | Oct 24 2025 00:35:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-5839 |
| 14965996 | + Email/Text: Documentfiling@lciinc.com | Oct 24 2025 00:35:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14941638 | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 24 2025 00:36:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14958528 | + Email/Text: ext_ebn_inbox@navyfederal.org | Oct 24 2025 00:36:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14964517 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2025 00:35:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14965249 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2025 00:35:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14941640 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2025 00:35:00 | PNC Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458-1703 |
| 14941639 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2025 00:35:00 | Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 14948539 | ^ MEBN | Oct 24 2025 00:29:32 | PNC Bank, National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14967332 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2025 00:45:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12914, Norfolk, VA 23541 |
| 14966945 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2025 00:46:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14966705 | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2025 00:36:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14967456 | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2025 00:36:00 | Quantum3 Group LLC as agent for Velocity Investmen, PO Box 2489, Kirkland, WA 98083-2489 |
| 14966877 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 00:46:24 | Resurgent Capital Services, As servicing agent for Best Egg, PO Box 10587, Greenville, SC 29603-0587 |
| 14999959 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 00:35:15 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14941641 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 00:46:36 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14966671 | + Email/PDF: ebn_ais@aisinfo.com | Oct 24 2025 00:47:13 | Synchrony Bank, by AIS InfoSource LP as agent, |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 23, 2025 | Form ID: 155 | Total Noticed: 42

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14941642 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 00:46:04 | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14941643 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 00:34:29 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14941635 | | Dovenmuehle/Ameris Ban |
| 14958533 | *+ | NAVY FEDERAL CREDIT UNION, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

**Name** | **Email Address**

ADAM BRADLEY HALL
  on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

ADAM BRADLEY HALL
  on behalf of Creditor Ameris Bank amps@manleydeas.com

BRAD J. SADEK
  on behalf of Debtor Sharonne N Ku-Ntima brad@sadeklaw.com
  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

DENISE ELIZABETH CARLON
  on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Sharonne N Ku−Ntima
   aka Sharonne Gray

Case No. 24−13904−djb

Debtor(s).

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 23, 2025

For The Court

Derek J Baker
Judge, United States Bankruptcy Court